[No. 9672-6-III.   Division Three.   February 1, 1990.]

FIRST INTERSTATE BANK OF WASHINGTON, N.A., *Respon-
dent,* v. RINER E. DEGLOW, *Appellant.*

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 87-2-00043-0, Larry M. Kristianson, J.,

entered October 12, 1988. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and Shields, JJ.